Aug 31, 2012

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**12-80159-CR-RYSKAMP/HOPKINS**
CASE NO. _____
18 U.S.C. § 1341

UNITED STATES OF AMERICA,

vs.

WILLIAM T. JOHNSON,

        Defendants.

_____/

## INFORMATION

The United States Attorney charges that:

## GENERAL ALLEGATIONS

At all times relevant to this Information:

1. Professional Planning Group (hereinafter "PPG") was a business located in Palm Beach Gardens, Florida, which provided investment and insurance services.

2. The defendant, **WILLIAM T. JOHNSON**, was a licensed securities broker in the State of Florida and the owner and operator of PPG.

## COUNTS 1 - 2
(Mail Fraud: 18 USC §1341)

3. The General Allegations section is realleged and incorporated as though fully set forth herein.

4. From in or about July 2003, and continuing through in or about September 2011, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendant,

**WILLIAM T. JOHNSON,**

did knowingly and willfully devise and intend to devise a scheme and artifice to defraud and to obtain money and property from PPG clients by means of materially false and fraudulent pretenses, representations, and promises, knowing that the pretenses, representations, and promises were false and fraudulent when made, and for the purpose of executing such scheme and artifice to defraud and attempting to do so, did knowingly cause certain mail matter to be delivered by the United States Postal Service, according to the directions thereon.

### PURPOSE OF THE SCHEME AND ARTIFICE TO DEFRAUD

5. It was the purpose of the scheme and artifice to defraud for the defendant to unlawfully enrich himself by diverting investment monies received from PPG clients to himself.

### MANNER AND MEANS OF THE SCHEME AND ARTIFICE TO DEFRAUD

The manner and means by which the defendant sought to accomplish the object of the scheme and artifice to defraud included, among others, the following:

6. The defendant **WILLIAM T. JOHNSON** established PPG, through which he offered insurance and investment services to clients in South Florida. As part of his investment services, the defendant offered to establish and manage investment accounts for PPG clients.

7. The defendant **WILLIAM T. JOHNSON** represented to PPG clients that he would invest their monies in various investment products, including Individual Retirement Accounts, Certificates of Deposit, and short term commercial paper.

8. The defendant **WILLIAM T. JOHNSON** directed the PPG clients to remit their investment monies in the form of a check made payable to PPG, and represented that he would, in turn, transfer these monies to the various investment accounts.

9. The defendant **WILLIAM T. JOHNSON** deposited the clients' investment checks into a PPG account and then transferred the monies to a second PPG account. The defendant then used the clients' monies to benefit himself and his family.

10. To conceal the fact that he had not invested the clients' monies, the defendant created and mailed the clients' bogus account statements, which falsely reflected that the investors' monies had been deposited into investment accounts and had earned interest.

11. To further conceal the fraud, the defendant used a portion of the clients' monies to issue purported interest payments to other investors.

12. During the course of the scheme, which spanned from at least as early as July 2003 through September 2011, the defendant stole more than $500,000 from thirteen PPG clients.

## USE OF THE MAILS

13. On or about the dates specified as to each count below, in the Southern District of Florida, and elsewhere, for the purpose of executing the above scheme and artifice to defraud and to obtain money and property from PPG clients by means of materially false and fraudulent pretenses, representations and promises, the defendant,

**WILLIAM T. JOHNSON,**

did knowingly cause to be delivered by the United States Postal Service, according to the address thereon, certain mail matter, as specified below:

| Count | Date | Mail Matter | Delivered To |
|---|---|---|---|
| 1 | 01/10/11 | Purported PPG "Combined Account Portfolio" statement for client D.R.S. reflecting an account balance of $200,000. | D.R.S. in Tequesta, Florida |

| 2 | 07/31/11 | Purported PPG "Combined Account Portfolio" statement for client J.M.R. reflecting an account balance of $109,575. | J.M.R. in Palm Beach Gardens, Florida |

All in violation of Title 18, United States Code, Sections 1341 and 2.

_____
WIFREDO A. FERRER
UNITED STATES ATTORNEY

_____
ADRIENNE RABINOWITZ
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA    CASE NO. _____

vs.

WILLIAM T. JOHNSON,         **CERTIFICATE OF TRIAL ATTORNEY***

        **Defendant.**
_____/    **Superseding Case Information:**

**Court Division**: (Select One)

| | | New Defendant(s) | Yes ____ No ____ |
|---|---|---|---|
| ____ Miami | ____ Key West | Number of New Defendants | ____ |
| ____ FTL | _X_ WPB ____ FTP | Total number of counts | ____ |

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:    (Yes or No)    No
   List language and/or dialect    _____

4. This case will take __3__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                    (Check only one)

   | I   | 0 to 5 days    | _X_ | Petty   | ____ |
   | II  | 6 to 10 days   | ____ | Minor   | ____ |
   | III | 11 to 20 days  | ____ | Misdem. | ____ |
   | IV  | 21 to 60 days  | ____ | Felony  | _X_ |
   | V   | 61 days and over | ____ |

6. Has this case been previously filed in this District Court? (Yes or No)  No
   If yes:
   Judge: _____  Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?  (Yes or No)  X
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____  District of _____

   Is this a potential death penalty case? (Yes or No)  No

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?  ____ Yes  _X_ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?  ____ Yes  _X_ No

                                            _____
                                            ADRIENNE RABINOWITZ
                                            ASSISTANT UNITED STATES ATTORNEY
                                            Florida Bar No./Court No. 833754

*Penalty Sheet(s) attached                                        REV 4/8/08

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: _____

### BOND RECOMMENDATION

DEFENDANT: William T. Johnson _____

$75,000.00 Personal Surety Bond _____
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)


By: _____
AUSA:   ADRIENNE RABINOWITZ


Last Known Address: _____

_____

_____

What Facility: _____

_____

Agent(s):    S/A PAUL WACKES _____
(FBI)   (SECRET SERVICE)   (DEA)   (IRS)   (ICE)   (**OTHER**)
FBI

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:** William T. Johnson

**Case No:** _____

Counts #: 1 and 2

   Mail Fraud

   18 U.S.C § 1341

\* **Max. Penalty:** Up to 20 years' imprisonment; 3 years' supervised release, $250,000 fine or twice the gross gain or loss resulting from the offense, whichever is greater, and restitution